UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No.  2:24-cv-3378 DJC CSK P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 24, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.

    The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and

recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are adopted in full;

2. The court declines to exercise supplemental jurisdiction over the remaining state law claims in this action;

3. Plaintiff's unopposed motion to remand (ECF No. 6) is granted, and the case is remanded to the Superior Court of California, County of Sacramento, *Christy Philips v. State of California*, No. 24-cv-018638; and

4. The Clerk of the Court is directed to mail a certified copy of the order of remand to the Clerk of the Sacramento County Superior Court.

IT IS SO ORDERED.

Dated:  **April 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/phil24cv3378.801

2